SAMSON ODUMBO, Respondent, v GAMAGE D. PERERA, Appellant.
Submitted October 14, 2008; decided November 24, 2008

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 11 NY3d 761 (2008)].

In the Matter of the Claim of RAJAGOPALA S. RAGHAVENDRA, Appellant. COMMISSIONER OF LABOR, Respondent.
Submitted September 22, 2008; decided November 24, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

THE TRUSTEES OF PRINCETON UNIVERSITY, Respondent, v NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA., Appellant, et al., Defendant.
Submitted October 14, 2008; decided November 24, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JOEL B. WATERMAN, Appellant, v WEINSTEIN MEMORIAL CHAPEL et al., Respondents.
Submitted October 27, 2008; decided November 24, 2008

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 745 (2008)].